Circuit Court for Baltimore City
Case No. 24-D-15-002928
Argued: Friday, November 30, 2018

IN THE COURT OF APPEALS
OF MARYLAND

No. 27

September Term, 2018

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document " authentic.



Suzanne C. Johnson, Acting Clerk

CELSO MONTERROSO ROMERO

v.

JOSEFA PEREZ

Barbera, C.J.
Greene
McDonald
Watts
Hotten
Getty
Adkins, Sally D.,
    (Senior Judge, Specially Assigned)

JJ.

Per Curiam Order

Filed: December 7, 2018

| CELSO MONTERROSO ROMERO | * | IN THE |
| --- | --- | --- |
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | No. 27 |
| JOSEFA PEREZ | * | September Term, 2018 |

## PER CURIAM ORDER

For reasons to be stated later in an opinion to be filed, it is this 7th day of December 2018,

ORDERED, by the Court of Appeals of Maryland, that the April 4, 2018, judgment of the Court of Special Appeals, *Romero v. Perez*, 236 Md. App. 503, be reversed; and it is further

ORDERED, that this case be remanded to the Court of Special Appeals with the instruction that the October 7, 2016, order of the Circuit Court for Baltimore City, Docket Entry No. 2001, be vacated and, further, that the case be remanded to the Circuit Court to enter forthwith an amended order that includes the requisite Special Immigrant Juvenile Status ("SIJS") finding that R.P.'s reunification with his mother is not viable due to the unrefuted evidence of neglect presented to the Circuit Court; and it is further

ORDERED, that, in satisfying this order, the Court of Special Appeals and the Circuit Court for Baltimore City shall be mindful of the imminent deadline of May 2, 2019, for timely submission of R.P.'s SIJS application and shall make all reasonable efforts to execute the Mandate of this Court as expeditiously as possible. All costs are waived. Mandate to issue forthwith.

/s/ Mary Ellen Barbera
Chief Judge